# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**VOLUNTARY PETITION**

| IN RE: (Name of Debtor - If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| **FOUR OAKS DEVELOPMENT CORPORATON** | |
| ALL OTHER NAMES used by the debtor in the last 6 years | ALL OTHER NAMES used by the co-debtor in the last 6 years |
| **NONE** | **NONE** |
| LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER | LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER |
| 194 | |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| 1016 MCLEAN BLVD. ELGIN, ILLINOIS 60123-2003 | N/A |
| County of Residence, etc.: KANE | County of Residence, etc: N/A |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| 1016 MCLEAN BLVD. ELGIN, ILLINOIS 60123-2003 | N/A |

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR**

N/A

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**VENUE**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceeding the date of this petition, or for a longer part of such 180 days than in any other District.

☐ There is a Bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**TYPE OF DEBTOR**
- ☐ INDIVIDUAL(S)
- ☒ CORPORATION
- ☐ PARTNERSHIP
- ☐ OTHER_____
- ☐ STOCKBROKER
- ☐ COMMODITY BROKER
- ☐ CLEARING BANK

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED**
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ § 304-Case Ancilary to Foreign proceeding

**NATURE OF DEBTS**
- ☐ CONSUMER / NON BUSINESS
- ☒ BUSINESS

**FILING FEE** (Check one box)
- ☒ Full Filing fee attached
- ☐ Filing fee to be paid in installments.(applicable to individuals only) Must attach signed application for the Court's consideration certifying hat the debtor is unable to pay fee except in installments. Rule 1006(b). See official form #3

**CHAPTER 11 SMALL BUSINESS**
- ☐ Debtor is a small business as defined in 11 USC § 101
- ☐ Debtor is and elects to be considered a small business under 11 USC §

## STATISTICAL / ADMINISTRATIVE INFORMATION (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**ESTIMATED NUMBER OF CREDITORS**: ☒ 1-15   ☐ 16-49   ☐ 50-99   ☐ 100-199   ☐ 200-999   ☐ 1000-over

**ESTIMATED ASSETS (in thousands of dollars)**: ☒ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 1,000-99,000   ☐ 100,000-over

**ESTIMATED DEBTS (in thousands of dollars)**: ☒ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 1,000-99,000   ☐ 100,000-over

*Consumer Schedules, Version 7, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# Voluntary Petition
(This page must be completed and filed in every case.)

| PRIOR BANKRUPTCY CASE FILED WITHIN THE LAST 6 YEARS ( If more than one attach additional sheet.) |||
|---|---|---|
| **Location where filed:** | **Case Number:** | **Date Filed:** |
| N/A | N/A | N/A |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR |||
|---|---|---|
| **Name of Debtor:** | **Case Number:** | **Date Filed:** |
| SEE ATTACHED EXHIBIT | N/A | N/A |
| **District:** | **Relationship:** | **Judge:** |
| N/A | N/A | N/A |

## SIGNATURES

**Signature(s) of Debtor(s) Individual /Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11 or 12 or 13 of Title 11, United States Code, understand the relief available under such chapter, and chose to proceed under chapter 7.
I request relief in accordnace with the chapter of title 11, United States Code specified in this petition.

**/s/**                                              -
Signature of Debtor

**/s/**
Signature of Joint Debtor

Telephone number (If not represented by attorney)

**9/18/06**

### Signature of Attorney

**/s/ John S. Biallas**
Signature of Attorney for Debtors

**John S. Biallas**
Printed Name of Attorney for Debtors

Firm Name

**3N918 Sunrise Lane**
Address

**Saint Charles, Illinois 60174**

**(630) 513-7878**
Telephone Number

**9/18/06**
Date

**Exhibit A**
(To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ **Exhibit A is attached and made part of this petition.**

**Exhibit B**
I, the Attorney for the Debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she or they) may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under such chapter.

**/s/ John S. Biallas**                **9/18/06**
Signature of Attorney for Debtors        Date

**Exhibit C**
Does the Debtor own or have possession of any property that posesa thrat of imminent and identifiable harm to public health or safety?

☐ Yes and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Debtor (Corporation/ Partnership)

**/s/**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

**9/18/06**
Date

# Attachment To
# Voluntary Petition
# Page 2

**Pending Bankruptcy Cases for Affiliated Companies:**

**Filed in the Northern District of Illinois, Eastern Division on 9/18/06**

**Judge Barbosa**

**Four Oaks Construction Corporation**
**Four Oaks Group, LLC**
**Four Oaks Development Corporation**

**All entities related by common ownership.**

# THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| SUMMARY OF SCHEDULES | | | | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED YES/NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A-Real property | YES | 1 | $0.00 | | |
| B-Personal Property | YES | 0 | $0.00 | | |
| C-Property Claimed as Exempt | YES | 1 | | | |
| D-Creditor Holding Secured Claims & E-Creditors Holding Unsecured Priority Claims | YES | 1 | | $0.00 $0.00 | |
| F-Creditors Holding Unsecured Nonpriority claims | YES | 2 | | $59,622.19 | |
| G-Executory Contracts and Unexpired Leases & H-Codebtors | YES | 1 | | | |
| I-Current Income of Individual Debtor(s) & J-Current Expenditure of Individual Debtor(s) | YES | 1 | | | $0.00 $0.00 |
| Total number of sheets in all Schedules | | 7 | | | |
| Total Assets | | | $0.00 | | |
| Total Liabilities | | | | $59,622.19 | |

*Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

☒ **THE DEBTOR HAS NO REAL PROPERTY TO REPORT ON SCHEDULE A**

| SCHEDULE A - REAL PROPERTY | | | | |
|---|---|---|---|---|
| *DESCRIPTION AND LOCATION OF PROPERTY* | *NATURE OF DEBTOR'S INTEREST IN PROPERTY* | *DEBTOR or SPOUSE or JOINT* | *CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION* | *AMOUNT OF SECURED CLAIM* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL MARKET VALUE OF DEBTOR'S REALTY** | | **$0.00** |

*Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## SCHEDULE B - PERSONAL PROPERTY (PAGE 1)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | - | $0.00 |
| 2. Checking, savings or other financial accounts, or other deposits. | X | | -<br>- | $0.00<br>$0.00 |
| 3. Security deposits with public utilities, landlords and others. | X | | -<br>- | $0.00<br>$0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | -<br>- | $0.00<br>$0.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectables | X | | -<br>- | $0.00<br>$0.00 |
| 6. Wearing apparel. | X | | -<br>- | $0.00<br>$0.00 |
| 7. Furs and jewelry | X | | -<br>- | $0.00<br>$0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | -<br>- | $0.00<br>$0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | -<br>- | $0.00<br>$0.00 |
| 10. Annuities. Itemize and and name each issuer | X | | -<br>- | $0.00<br>$0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | -<br>- | $0.00<br>$0.00 |
| | | **SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 1** | | **$0.00** |

## SCHEDULE B - PERSONAL PROPERTY (PAGE 2)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock, and interests in incorporated and unincorporated businesses. Itemize | X | | - | $0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | -<br>- | $0.00<br>$0.00 |
| 14. Government and corporate bonds | X | | -<br>- | $0.00<br>$0.00 |
| 15. Accounts Receivable | X | | -<br>- | $0.00<br>$0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | -<br>- | $0.00<br>$0.00 |
| 17. Other liquidated debts owing debtor. Include Tax refunds. Give particulars. | X | | -<br>- | $0.00<br>$0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A. | X | | -<br>- | $0.00<br>$0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | -<br>- | $0.00<br>$0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. | | **INSURANCE WITH AMERICAN FAMILY INSURANCE, INC. COVERAGE DENIED AS TO ALLEDGED CONSTRUCTION DEFECTS TOTAL CLAIM UNKNOWN BUT DISPUTED.** | -<br>- | $0.00<br>$0.00 |
| 21. Patents, copyrights and other intellectual property. Give particulars | X | | -<br>- | $0.00<br>$0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars | X | | -<br>- | $0.00<br>$0.00 |
| | | **SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 2** | | $0.00 |

## SCHEDULE B - PERSONAL PROPERTY (PAGE 3)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobile, trucks, trailers, and other vehicles | X | | - | $0.00 |
| 24. Boats, motors, and accessories. | X | | -<br>- | $0.00<br>$0.00 |
| 25. Aircraft and accessories | X | | -<br>- | $0.00<br>$0.00 |
| 26. Office equipment, furnishings, and supplies | X | | -<br>- | $0.00<br>$0.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | -<br>- | $0.00<br>$0.00 |
| 28. Inventory. | X | | -<br>- | $0.00<br>$0.00 |
| 29. Animals. | X | | -<br>- | $0.00<br>$0.00 |
| 30. Crops - growing or harvested give particulars. | X | | -<br>- | $0.00<br>$0.00 |
| 31. Farming equipment and implements. | X | | -<br>- | $0.00<br>$0.00 |
| 32. Farm supplies, chemicals, and feed. | X | | -<br>- | $0.00<br>$0.00 |
| 33. Other personal Property of any kind not already listed. Itemize. | X | | -<br>- | $0.00<br>$0.00 |
| | | **SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 3** | | $0.00 |
| | | **TOTAL MARKET VALUE OF DEBTOR'S PERSONAL PROPERTY** | | $0.00 |

*Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S ACCT. #, NAME AND MAILING ADDRESS | CODEBTOR; DATE CLAIM INCURRED; DESCRIPTION: NATURE OF LIEN & OTHER DATA | | | AMOUNT OF CLAIM / UNSECURED PORTION |
|---|---|---|---|---|
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |
|  | Codebtor ? | NO | Date claim Incurred |  |
|  | Husband,Wife,Joint or Community ? |  | Description of Property |  |
|  | Contingent, Disputed or Unliquidated ? |  | Mkt. Value |  |

[X] **THE DEBTOR HAS NO CREDITORS HOLDING SECURED CLAIMS TO REPORT ON SCHEDULE D**

| Total D > | $0.00 |
|---|---|

*Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

**In Re:** **FOUR OAKS DEVELOPMENT CORPORATION**   **Case #**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON SCHEDULE E

### TYPES OF PRIORITY CLAIMS LISTED BELOW, IF ANY

[ ] EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE.
[ ] WAGES, SALARIES AND COMMISSIONS
[ ] CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
[ ] CERTAIN FARMERS AND FISHERMEN
[ ] DEPOSITS BY INDIVIDUALS
[ ] ALIMONY, MAINTENANCE OR SUPPORT
[ ] TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
[ ] COMMITMENTS TO MAINTAIN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION

| CREDITOR"S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED & CONSIDERATION / CODEBTOR ? AND OTHER DATA | | | TYPE OF PRIORITY / AMOUNT ENTITLED TO PRIORITY | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| | *Date Incurred and Consideration* | | | *Type of Priority* | |
| | *Codebtor ?* | NO | *Contingent, Disputed or Unliquidated ?* | | |
| | *Husband,Wife,Joint or Community ?* | | | | |
| | *Date Incurred and Consideration* | | | *Type of Priority* | |
| | *Codebtor ?* | NO | *Contingent, Disputed or Unliquidated ?* | | |
| | *Husband,Wife,Joint or Community ?* | | | | |
| | *Date Incurred and Consideration* | | | *Type of Priority* | |
| | *Codebtor ?* | NO | *Contingent, Disputed or Unliquidated ?* | | |
| | *Husband,Wife,Joint or Community ?* | | | | |
| | *Date Incurred and Consideration* | | | *Type of Priority* | |
| | *Codebtor ?* | NO | *Contingent, Disputed or Unliquidated ?* | | |
| | *Husband,Wife,Joint or Community ?* | | | | |
| | *Date Incurred and Consideration* | | | *Type of Priority* | |
| | *Codebtor ?* | NO | *Contingent, Disputed or Unliquidated ?* | | |
| | *Husband,Wife,Joint or Community ?* | | | | |
| | | | | **Total E >** | **$0.00** |

☐ *THE DEBTOR HAS **NO** CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS TO REPORT ON SCHEDULE F*

## SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM, CONSIDERATION AND OTHER DATA | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|
| **JOHNSON & BELL, LTD ATTORNEY'S AT LAW 33 W. MONROE STREET, STE 2700 CHICAGO, IL 60603** | *DATE ?* 9/30/05 *CONSIDERATION* LEGAL SERVICE BILL/JUDGMENT | *OTHER DATA* - | $59,622.19 |
| **LIBRARY HILL CONDO. ASSOC. C/O FLAHERTY, JACOBSON &YOUNGERMAN 134 N. LASALLE ST. STE 1600 CHICAGO, IL 60602** | *DATE ?* 2002 *CONSIDERATION* ALLEDGED BREACH OF IMPLIED WARRANTY OF HABITABILITY, ETC. | *OTHER DATA* DISPUTED CLAIMS FOR MOLD DUE TO ALLEDGED IMPROPER CONSTRUCTION PRACTICES. | $3,000,000.00 |
| **MWP PROPERTIES C/O ATTY. PAUL KOZACKKY 1N LASALLE STREET, STE 3150 CHICAGO, IL 60602** | *DATE ?* 2003 *CONSIDERATION* ACCOUNTING CONSTRUCTIVE TRUST ETC. | *OTHER DATA* DISPUTED CLAIM | $0.00 |
| **MICHAEL A. PRATE C/O ATT. JOHN J. BICKLEY 325 W. WASHINGTON STREET, STE 401 CHICAGO, IL 60085** | *DATE ?* 2005 *CONSIDERATION* ACCOUNTING CONSTRUCTIVE TRUST ETC. | *OTHER DATA* DISPUTED CLAIM | $0.00 |
| | *DATE ?* 2005 *CONSIDERATION* | *OTHER DATA* DISPUTED CLAIM | |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | **Subtotal Sch. F Page 1** | | $3,059,622.19 |

| ADDITIONAL SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | | |
|---|---|---|
| *NAME & ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT* | *DESCRIPTION OF CONTRACT OR LEASE & THE NATURE OF DEBTOR'S INTEREST* | *RESIDENTIAL REAL PROPERTY ?* |
| | | |
| | | |
| | | |
| | | |

☒ **THE DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO REPORT ON SCHEDULE G**

| ADDITIONAL SCHEDULE H - CODEBTORS | |
|---|---|
| *NAME AND ADDRESS OF CODEBTOR* | *NAME AND ADDRESS OF CREDITOR* |
| | |
| | |
| | |
| | |
| | |

☒ **THE DEBTOR HAS NO CODEBTORS TO REPORT ON SCHEDULE H**

**In Re:   FOUR OAKS DEVELOPMENT CORPORATION**

# STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.

```
                   AMOUNT                                         SOURCE
YTD_____ None_____
Last year_____ None_____
Year before last__ None_____
```

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.

```
                   AMOUNT                                         SOURCE
YTD_____ None_____
Last year_____ None_____
Year before last__ None_____
```

**3. Payments to creditors**

a.     N/A

b. List each payment or other transfer to any creditor made within **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWED |
|---|---|---|---|
| __NONE__ | | | |

c.: List all payments made within **one year** immediately preceding the commencement of this case
 to or for the benefit of creditors who are or were insiders.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| __NONE__ | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case

| CAPTION OF SUIT AND CASE NUMBER NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|
| *Board of Managers vs. Four Oaks Dev. Corp.* **02L782** | **Cir.Ct. of Lake County** | **Pending** |
| *American Family vs. Four Oaks Dev. Corp.* **03MR61** | **Cir Ct. of Lake County** | **Pending** |
| *MWP Properties vs. Four Oaks Dev. Corp.* **03 CH 0609** | **Cir Ct. of Lake County** | **Pending** |
| *Michael Prate vs. Four Oaks Dev. Corp.* **05 CH 4781** | **Cir Ct. of Cook County** | **Pending** |
| *Michael Prate vs. Four Oaks Dev. Corp.* **05CH 1801** | **Cir Ct. of Lake County** | **Pending** |
| *Johnson & Bell vs. Four Oaks Dev. Corp.* **03L583** | **Cir Ct. of Lake County** | **Judgment** |
| *Johnson & Bell vs. Four Oaks Dev. Corp.* **06CH1793** | **Cir Ct. of Cook County** | **Pending** |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| __NONE__ | | |

In Re:    **FOUR OAKS DEVELOPMENT CORPORATION**

**5. Repossessions, foreclosures and returns**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| __NONE__ | | |

**6. Assignments and receiverships**
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| __NONE__ | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
| __NONE__ | | | |

**7. Gifts**
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except charitable contributions aggregating less than $100 per recipient

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| __NONE__ | | | |

**8. Losses**
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| __NONE__ | | |

**9. Payments related to debt counseling or bankruptcy**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| DATE OF PAYMENT, NAME AND ADDRESS OF PAYEE | NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 9/06 John S. Biallas | Four Oaks LLC | $2500.00 |

**10. Other transfers**
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.

DESCRIBE PROPERTY

In Re:    **FOUR OAKS DEVELOPMENT CORPORATION**

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| __NONE__ | | |

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| __NONE__ | | |

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| __NONE__ | | |

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS IF ANY | DATE OF TRANSFER OR SURRENDER, |
|---|---|---|---|
| __NONE__ | | | |

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| __NONE__ | | |

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | VALUE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY |
|---|---|---|
| __NONE__ | | |

**15. Prior address of debtor**

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| __NONE__ | | |

**16. Spouses and Former Spouses**

N/A

In Re:    FOUR OAKS DEVELOPMENT CORPORATION

**17. Environmental Information**.

*For the purpose of this question, the following definitions apply:*
*"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.*

*"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.*

*"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF ENVIRONMENTAL NOTICE |
|---|---|---|
| __NONE__ | | |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF ENVIRONMENTAL NOTICE |
|---|---|---|
| __NONE__ | | |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| __NONE__ | | |

**18. Nature, location and name of business**

a., list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities or memberships within **six years** immediately preceding the commencement of this case.

| NAME | COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| __NONE__ | | | | |

b. Is any business listed above a "single asset real estate" business

  __NONE__

**19. Books, records and financial statements**
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **THE NICHOLAS BURKE GROUP** **715 ELA RD., LAKE ZURICH, IL 60047** | 2004-2005 |

In Re:    **FOUR OAKS DEVELOPMENT CORPORATION**

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS                                    DATES SERVICES RENDERED
__NONE_____

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
**RICHARD THOMAS**                **118 S. MAIN STREET #11, WAUCONDA, IL 60084**

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED
__NONE_____

**20. Inventories**
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)        DATE OF INVENTORY              INVENTORY SUPERVISOR
__NONE_____

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NAME AND ADDRESSES
OF CUSTODIAN OF INVENTORY RECORDS                                DATE OF INVENTORY
__NONE_____

**21. Current Partners, Officers, Directors and Shareholders**
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST                      PERCENTAGE OF INTEREST
__NONE_____

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NATURE AND                                                      PERCENTAGE
NAME AND ADDRESS               TITLE                            OF STOCK OWNERSHIP

**MICHAEL SCHWARTZ**           **PRESIDENT**                    **50%**
**RICHARD THOMAS**             **SECRETARY**                    **50%**

**22. Former partners, officers, directors and shareholders**
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                       ADDRESS                              DATE OF WITHDRAWAL
__NONE_____

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**In Re:    FOUR OAKS DEVELOPMENT CORPORATION**

NAME AND ADDRESS TITLE DATE OF TERMINATION
__NONE_____

### 23. Withdrawals from a partnership or distributions by a corporation
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT & RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

__NONE_____

### 24. Tax Consolidation Group.
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)
__NONE_____

### 25. Pension Funds.
None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND               TAXPAYER IDENTIFICATION NUMBER (EIN)
__NONE_____


**I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.**


September 18, 2006                    /s/ MICHAEL SCHWARTZ, PRESIDENT

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $2,500.00 |
| Prior to the filing of this statement I have received: | $2,500.00 |
| Balance Due: $0.00 | This is a PRO BONO Case ☐ |

2. The source of the compensation paid to me was:
   ☐ THE DEBTOR    ☒ OTHER:  SPECIFY    **FOUR OAKS, LLC**

3. The source of compensation to be paid to me is:
   ☒ THE DEBTOR    ☐ OTHER:  SPECIFY

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters subject to the right to withdraw for nonpayment of agreed fees;
   e. If representation in adversary proceedings is required, an additional retainer of **$500.00** with additional billings at the rate of **$250.00** per hour has been agreed on with the debtor. **If these additional amounts are not paid in a timely fashion, counsel reserves the right to withdraw.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **N/A**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

## ATTORNEY'S AFFIDAVIT IN COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for the Debtors and has knowledge of the matters covered by this affidavit and has read the General Rule 39.

Affiant has not directly or indirectly solicited employment by the above named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except [here state all exceptions, or if none state "no exceptions"]:  **NO EXCEPTIONS**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above named part, or parties, of the costs of this case or of the living or other expenses, of any party, or of any part of an attorney's fee already received or hereafter to be received, or of any portion of the recovery by suit or settlement to any person whatever other than the above named party or parties and the attorneys of record herein, except [here state all exceptions, or if none state "no exceptions"]:  **NO EXCEPTIONS**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above named party or parties in this action and represents that a signed copy thereof has been furnished to each party whom he represents that his compensation for services in this case is not on a contingent basis.

SIGNED:  /s/ **John S. Biallas**    DATED:  **9/18/06**